Jack A. FLEISCHLI, aka Jack Forbes,
Petitioner–Appellant,

v.

COMMISSIONER OF INTERNAL
REVENUE, Respondent–
Appellee.

No. 04–74758.

Tax Ct. No. 5766–03.

United States Court of Appeals,
Ninth Circuit.

Submitted June 14, 2005.*

Decided June 22, 2005.

Jack A. Fleischli, Sherman Oaks, CA,
pro se.

Donald L. Korb, Acting Chief Counsel,
Internal Revenue Service, Curtis C. Pett,
Eileen J. O'Connor, DOJ—U.S. Department of Justice, Tax Division, Charles S.
Casazza, Washington, DC, for Respondent–Appellee.

Before KLEINFELD, TASHIMA, and
THOMAS, Circuit Judges.

MEMORANDUM**

Jack A. Fleischli appeals pro se from the
Tax Court's judgment denying him a deduction under 26 U.S.C. § 62(a)(2)(B) for
certain expenses he incurred as a "qualified performing artist" in the tax year
2000. We have jurisdiction pursuant to 26
U.S.C. § 7482(a). We review de novo the
Tax Court's conclusions of law, *UnionBanCal Corp. v. Comm'r*, 305 F.3d 976, 981
(9th Cir.2002), and we affirm.

The Tax Court did not err in concluding
that Fleischli was not a "qualified performing artist" as contemplated by 26 U.S.C.
§ 62(b)(1)(C) because his gross income for
the 2000 tax year exceeded $16,000. *See*
26 U.S.C. § 63(a) (defining "taxable income"); *c.f. New Colonial Ice Co. v. Helvering*, 292 U.S. 435, 440, 54 S.Ct. 788, 78
L.Ed. 1348 (1934) (holding that deductions
are a matter of "legislative grace" and will
be allowed only when there is a clear
provision authorizing them); *INDOPCO,
Inc. v. Comm'r*, 503 U.S. 79, 84, 112 S.Ct.
1039, 117 L.Ed.2d 226 (1992) (holding that
statutes providing income tax deductions
must be strictly construed against taxpayers).

---

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

The Tax Court properly concluded that because there was a rational relation between the statute and furtherance of an important governmental interest, Fleischli's constitutional challenges were without merit. *See Regan v. Taxation with Representation of Washington,* 461 U.S. 540, 547, 103 S.Ct. 1997, 76 L.Ed.2d 129 (1983).

Fleischli's remaining contentions lack merit.

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.